Law Library

IN THE SUPERIOR COURT OF GUAM

FILED
SUPERIOR COURT
OF GUAM

2009 MAY 15 PM 2: 03

CLERK OF COURT

PEOPLE OF GUAM, )    CRIMINAL CASE NO. CF0347-07
                          )
            vs.           )
                          )    **DECISION AND ORDER**
MARK A. CUMMINS,          )
                 Defendant. )
                          )

This matter was submitted to the HONORABLE ELIZABETH BARRETT-ANDERSON on Defendant's Motion for Judgment Notwithstanding the Verdict without oral argument by agreement of the parties. After review of the pleadings in support of, and in opposition to, the motion the Court herewith DENIES Defendant's motion.

On March 13, 2009, the jury returned separate verdicts of guilty against Defendant on the following charges in the indictment:

Charge 1, Count 1, First Degree Criminal Sexual Conduct;
Charge 1, Count 3, First Degree Criminal Sexual Conduct;
Charge 2, Count 1, Second Degree Criminal Sexual Conduct;
Charge 2, Count 2, Second Degree Criminal Sexual Conduct;
Charge 2, Count 3, Second Degree Criminal Sexual Conduct.

Notwithstanding the above verdicts, the Defendant herein moves for a judgment acquitting him of the charges pursuant to 8 Guam Code Ann. §100.30.

This Court must review the evidence presented in a light most favorable to the government to determine whether any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt when deciding a Motion for Judgment of Acquittal. People v. Quinata, 1999 Guam 6. Defendant reargues the facts to the Court in an attempt to persuade the Court to view the facts differently from the jury.

This Court will not reweigh the evidence submitted to the jury. Id. This Court holds that based on the evidence submitted, a rational trier of fact could, and did, find the essential

1

elements of the two counts of First Degree Criminal Sexual Conduct and three counts of Second Degree Criminal Sexual Conduct beyond a reasonable doubt. It is not for this Court to substitute its belief as to the weight of the evidence for that of the jury.

Based on the above, Defendant's Motion for Judgment Notwithstanding the Verdict is **DENIED**.

**It is ORDERED that Defendant appear for sentencing on May 22, 2009 at 9:30 a.m.**

**IT IS SO ORDERED** this 15th day May 2009.


**HONORABLE ELIZABETH BARRETT- ANDERSON**
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated Hagatna, Guam.

MAY 1 5 2009

Brianne M.G. Balbas
Deputy Clerk, Superior Court of Guam